IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TOREE JONES, <br> AIS # 268125, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| | ) | CASE NO. 2:20-CV-703-RAH |
| v. | ) <br> ) | |
| KAY IVEY, *et al.*, | ) <br> ) | |
| Defendants. | ) | |

## **ORDER**

On September 16, 2020, the Magistrate Judge recommended that this case be dismissed without prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) as the claims presented by Plaintiff Toree Jones currently provide him no basis for relief.  (Doc. 4.)  On September 28, 2020, the Plaintiff filed Objections (Doc. 6) to the Report and Recommendation of the Magistrate Judge (Doc. 4).  The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objection is made.  *See* 28 U.S.C. § 636(b).  Upon this court's review and consideration of the arguments set forth in the Objections, the Court agrees with the Magistrate Judge's findings and analysis.

Accordingly, it is ORDERED as follows:

1. The Objections (Doc. 6) are OVERRULED.

2

2. The Recommendation (Doc. 4) is ADOPTED.

3. This case be DISMISSED without prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE, this 6th day of January, 2021.

                                               /s/ R. Austin Huffaker, Jr.
                                     R. AUSTIN HUFFAKER, JR.
                                     UNITED STATES DISTRICT JUDGE